UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

JOHN DOE, an infant,
by his next friend, Reelia Watson
    Plaintiff,

v

RUSSELL COUNTY SCHOOL BOARD
d/b/a RUSSELL COUNTY PUBLIC SCHOOLS;
PHILLIP HENLEY, Individually and as an
Agent of RUSSELL COUNTY SCHOOL BOARD;
KIMBERLY HOOKER, Individually and as an
Agent of RUSSELL COUNTY SCHOOL BOARD;
BOBBY GOBBLE, Individually and as an
Agent of RUSSELL COUNTY SCHOOL BOARD;
and JOHN ROES 1-10;
    Defendants.

Judge James P. Jones
Magistrate Judge Pamela M. Sargent

Case No. 1:16cv-00045

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

COMES NOW the plaintiff John Doe, by counsel, and moves this Honorable Court for appointment of a Guardian Ad Litem to represent defendant Bobby Gobble in this action, pursuant to Va. Code § 8.01-9 (1950), as amended, and in support thereof states as follows:

1. Bobby Gobble ("Gobble") is currently incarcerated at the Wallens Ridge State Prison, where he is serving sentences for aggravated sexual battery, forcible sodomy, attempted forcible sodomy, and carnal knowledge of a child. The underlying complaint involving the plaintiff arises out of the above offenses.

2. The Complaint has been properly served on January 5, 2017; pursuant to Va. Code 8.01.-297.

3.      Appointment of a Guardian Ad Litem to represent Gobble's interests is mandatory under such circumstances.  Gobble has to serve a minimum of 70 years of his 100 years sentence. Therefore, he will be incarcerated throughout the litigation.

4.      The defendants do not object to this Motion.

WHEREFORE, based on the foregoing, John Doe respectfully requests that this Honorable Court appoint a Guardian Ad Litem to represent the interests of Gobble in this matter and for such other and further relief as justice requires.

Respectfully Submitted,

Dated: 02/14/2017

**THE THOMSON LAW FIRM, PLLC**

/s/ Paul R. Thomson, III
Paul R. Thomson, III
Attorneys for Plaintiff
2721 Brambleton Avenue, SW
Roanoke, Virginia 24015
(540) 777-4900
Fax: (540) 772-0578
paul@roanokeinjurylawyer.com

**THE FIERBERG NATIONAL LAW GROUP, PLLC**

/s/ Monica H. Beck
Douglas E. Fierberg
Monica H. Beck
Attorneys for Plaintiff
105 E. Philip St., P.O. Box 121
Lake Leelanau, MI  49653
(231) 256-7068
Fax: (231) 256-7069
[Admitted *Pro Hac Vice*]

*Counsel for Plaintiff*

2

CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of February, 2017, I caused copies of the foregoing to be served via ECF on all counsel of record.

      /s/ Paul R. Thomson, III

      Paul R. Thomson, III