UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **JOHN DOE, an infant,** ) | |
| **by his next friend, Reelia Watson,** ) | |
| Plaintiff ) | **ORDER** |
| ) | |
| v. ) | |
| ) | Case No. 1:16cv00045 |
| **RUSSELL COUNTY SCHOOL** ) | |
| **BOARD, d/b/a Russell County Public** ) | |
| **Schools, et al.,** ) | |
| Defendants ) | |

This matter is before the court on the Motion For Appointment Of Guardian Ad Litem, (Docket Item No. 23) ("Motion"), for the incarcerated defendant, Bobby Gobble. Based on the arguments and representations contained in the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that William Ethan Stewart, Esquire, is appoint as guardian ad litem pursuant to Virginia Code Section 8.01-9, with his compensation and expenses to be paid by the Commonwealth of Virginia out of the state treasury from the appropriation for criminal charges.

The Clerk's Office shall provide a copy of this Order to all counsel of record, Bobby Gobble at Wallens Ridge State Prison, William Ethan Stewart and to the Patricia L. Harrington, Clerk of Supreme Court of Virginia, P.O. Box 1315, Richmond, VA 23219-1315.

**ENTERED** this 7th day of March, 2017.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE