# EXHIBIT 4

# Monica Beck

| | |
|---|---|
| **From:** | Monica Beck |
| **Sent:** | Wednesday, August 09, 2017 4:37 PM |
| **To:** | 'Christopher Dadak'; wethanstewart@gmail.com |
| **Cc:** | Whitney Thurman; 'Paul Thomson'; stephanie@roanokeinjurylawyer.com; Doug Fierberg; Karen Rink |
| **Subject:** | Doe v. Russell County School Board |
| **Attachments:** | Pl's Response to RCSB's First Document Requests 8.09.17.pdf; Pl's Response to RCSB's First Interrogatories 8.09.17.pdf |

Dear Counsel,

Attached please find Plaintiff John Doe's Responses to Defendant Russell County School Board's ("RCSB's") First Request for Production of Documents and Answers to RCSB's First Interrogatories, served via email pursuant to the parties' Joint Rule 26(f) Report and Proposed Discovery Plan. (ECF No. 34, Pageid# 562.) Due to the volume of documents we are producing in response to the First Request for Production of Documents, we are saving them to discs and sending them to you via U.S. mail.

Best regards,
Monica

**Monica Beck**
Attorney
The Fierberg National Law Group, PLLC
School Violence Law
161 East Front Street
Second Floor
Traverse City, MI 49684
231-933-0180
231-252-8100 (fax)
www.SchoolViolenceLaw.Com
www.tfnlgroup.com

1