IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JOHN DOE, an infant, by his next friend Reelia Watson, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 1:16-cv-00045 |
| RUSSELL COUNTY SCHOOL BOARD, ET AL., ) ) | |
| Defendants. ) | |

## DEFENDANT'S FIRST MOTION IN LIMINE

For its motion in limine, Defendant Russell County School Board (the "School Board"), states as follows:

1. The Plaintiff may attempt to introduce evidence that defendant Bobby Gobble molested other minors and/or that he pled guilty to such abuse. Such evidence is irrelevant to the Plaintiff's claims and can only serve to inflame the jury.

2. Evidence of defendant Gobble's other crimes is particularly irrelevant given summary judgment has been granted to the Plaintiff on liability as to defendant Gobble.

3. These statements should not be admitted at trial as it is irrelevant and the potential for unfair prejudice to the School Board greatly outweighs any probative value. Even if these statements were relevant, Rule 403 empowers this Court to exclude relevant evidence "if its probative value is substantially outweighed by danger of…confusing the issues [or] misleading the jury."

RUSSELL COUNTY SCHOOL BOARD

By:  /s/ Christopher S. Dadak
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
          christopherd@guynnwaddell.com
*Counsel for Russell County School Board*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By:  /s/ Christopher S. Dadak
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
          christopherd@guynnwaddell.com
*Counsel for Russell County School Board*