IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JOHN DOE, an infant, by his next friend Reelia Watson, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 1:16-cv-00045 |
| RUSSELL COUNTY SCHOOL BOARD, ET AL., | ) ) ) |
| Defendants. | ) |

## **DEFENDANT'S SECOND MOTION IN LIMINE**

For its motion in limine, Defendant Russell County School Board (the "School Board"), states as follows:

1. The Plaintiff may attempt to refer to recent events involving organizations, particularly educational ones, and sexual harassment that have garnered media attention such as Michigan State, USA Gymnastics, and/or Penn State.

2. Such references have no probative value to the Plaintiff's claims. Such evidence or references could only serve to inflame the jury.

3. Such references or argument should not be admitted nor allowed at trial as they are irrelevant and the potential for unfair prejudice to the School Board greatly outweighs any probative value.

RUSSELL COUNTY SCHOOL BOARD

By: _/s/ Christopher S. Dadak_____
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            christopherd@guynnwaddell.com
*Counsel for Russell County School Board*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

By: _/s/ Christopher S. Dadak_____
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            christopherd@guynnwaddell.com
*Counsel for Russell County School Board*