IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

JOHN DOE, an infant, by his next friend      )
Reelia Watson,                               )
                                             )
                Plaintiff,                   )
                                             )
v.                                           )      Civil Action No.: 1:16-cv-00045
                                             )
RUSSELL COUNTY SCHOOL BOARD, ET AL.,  )
                                             )
                Defendants.                  )

## DEFENDANT'S FOURTH MOTION IN LIMINE

For its motion in limine, Defendant Russell County School Board (the "School Board"),

states as follows:

1.      The Plaintiff may attempt to introduce evidence of statements made by the

Plaintiff's grandmother, who is now deceased.  Specifically, the Plaintiff may attempt to

introduce the grandmother's purported statements as to alleged statements made by School

Board employees.  The Plaintiff should not be allowed to introduce such hearsay evidence at trial

of this matter.

2.      None of these statements were made under oath or with the School Board having

the opportunity to ask questions of the grandmother.  None of these statements have been

corroborated.  The Plaintiff would offer these statements for the truth of the matter asserted.

3.      These statements should not be admitted at trial as they are all inadmissible

hearsay.

RUSSELL COUNTY SCHOOL BOARD

By:  /s/ Christopher S. Dadak
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        christopherd@guynnwaddell.com
*Counsel for Russell County School Board*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 19th day of February, 2018, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to counsel of record.

By:  /s/ Christopher S. Dadak
Jim H. Guynn, Jr. (VSB No. 22299)
Christopher S. Dadak (VSB No. 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        christopherd@guynnwaddell.com
*Counsel for Russell County School Board*