IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JOHN DOE, an infant, by his next friend Reelia Watson, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 1:16-cv-00045 |
| RUSSELL COUNTY SCHOOL BOARD, ET AL., ) ) | |
| Defendants. ) | |

**DEFENDANT'S SIXTH MOTION IN LIMINE**

For its motion in limine, Defendant Russell County School Board (the "School Board"), states as follows:

1. The Plaintiff through his briefs has referred to alleged violations of the School Board's policies and procedures.

2. The Court should not allow evidence of any violations of policies and procedures. Such evidence is irrelevant and ought not be admitted. *See Abney v. Coe*, 493 F.3d 412, 419 (4th Cir. 2007) (citing *Davis v. Scherer*, 468 U.S. 183, 193-96, 104 S. Ct. 3012, 82 L. Ed. 2d 139 (1984), and *Scott v. Harris*, 550 U.S. 372, 127 S. Ct. 1769, 167 L. Ed. 2d 686 (2007)). For example, the Plaintiff refers to defendant Bobby Gobble transporting the Plaintiff as a violation of the School Board's policies and procedures. It is undisputed that the Plaintiff's legal guardians were aware of and approved of Gobble transporting the Plaintiff. Therefore, any such alleged violations are irrelative and have no probative value to the Plaintiff's claims.

3. Rule 403 empowers this Court to exclude relevant evidence "if its probative value is substantially outweighed by danger of…confusing the issues [or] misleading the jury." The

prejudice of offering such evidence greatly outweighs its probative value and should be excluded.

                                         RUSSELL COUNTY SCHOOL BOARD

                                         By: _/s/ Christopher S. Dadak_____
                                         Jim H. Guynn, Jr. (VSB No. 22299)
                                         Christopher S. Dadak (VSB No. 83789)
                                         GUYNN & WADDELL, P.C.
                                         415 S. College Avenue
                                         Salem, Virginia 24153
                                         Phone: 540-387-2320
                                         Fax:    540-389-2350
                                         Email: jimg@guynnwaddell.com
                                                   christopherd@guynnwaddell.com
                                         *Counsel for Russell County School Board*

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 19th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                           By: _/s/ Christopher S. Dadak_____
                                           Jim H. Guynn, Jr. (VSB No. 22299)
                                           Christopher S. Dadak (VSB No. 83789)
                                           GUYNN & WADDELL, P.C.
                                           415 S. College Avenue
                                           Salem, Virginia 24153
                                           Phone: 540-387-2320
                                           Fax:    540-389-2350
                                           Email: jimg@guynnwaddell.com
                                                   christopherd@guynnwaddell.com
                                         *Counsel for Russell County School Board*